**UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: 12-10123-anv ) | Chapter 7   Proceeding |
| ) | |
| **Robert Munrayos** ) | |
| Debtor ) | |
| ) | |
| **Bank of America, N.A.** ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| **Robert Munrayos** ) | |
| and  Charles A. Pisaturo, Jr. , Trustee ) | |
| Respondent ) | May 3, 2012 |

## MOTION TO TERMINATE LOSS MITIGATION

The Movant, **Bank of America, N.A.** as the current mortgagee of record regarding the debtor's principal residence located at 84 Argyle Street. Cranston, Rhode Island (the "Property") hereby moves this Court to terminate the Debtor's Request for Loss Mitigation upon the following grounds:

1.     A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on January 17, 2012.

2.     A loss mitigation contact notice was filed with the court on February 22, 2012 and the loss mitigation contact information, loss mitigation package and list of requested financial documents were provided to the Debtor's attorney on February 21, 2012.

3.      On April 4, 2012, the Debtor's Attorney forwarded loss mitigation financials to the Creditor's Attorney, which were forwarded to the Creditor for review.

4. On April 20, 2012, the Creditor determined that the loan is not eligible for a Loan Modification because based on the Debtor's income the Creditor could not find an affordable payment.

WHEREFORE, the Movant respectfully requests that this Court grants the Movant's Motion to Terminate the loss mitigation.

By */s/ Nicole M. Labonte*
Nicole M. Labonte
The Movant's Attorney
Bar No.7255
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

      I hereby certify that on this 3rd day of May, 2012, a copy of the foregoing was served to the following:

| | |
|---|---|
| Robert Munrayos<br>Debtor<br>84 Argyle Street<br>Cranston, RI 02920<br>*Via First Class Mail* | John B. Ennis, Esq.<br>Debtor's Attorney<br>1200 Reservoir Avenue<br>Cranston RI  02920<br>*Via Electronic Notice of Filing* |
| Charles A. Pisaturo, Jr., Esq.<br>Trustee<br>1055 Elmwood Avenue<br>Providence, RI  02907-2817<br>*Via Electronic Notice of Filing* | U.S. Trustee<br>Office of the U.S. Trustee<br>Giamo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>*Via Electronic Notice of Filing* |

      By */s/ Nicole M. Labonte*
        Nicole M. Labonte
        Movant's Attorney
        Bar No.7255
        Bendett & McHugh, P.C.
        270 Farmington Avenue, Suite 151
        Farmington, CT  06032
        Phone: (860) 677-2868
        Fax: (860) 409-0626
        E-Mail: BKECF@bmpc-law.com