**Bank of America** ⟫ **Home Loans**

July 12, 2013

John B. Ennis
1200 Reservoir Avenue
Cranston, RI 02920

Re: Robert E Munrayos
    84 Argyle St
    Cranston, RI 02920

**Loan Number** ▮▮▮▮▮▮▮▮

Dear John B. Ennis:

We understand that you are the attorney representing the above referenced borrower(s). We have considered the loan referenced above for the new modification program that was introduced as a result of the U.S. Department of Justice and State Attorneys General national mortgage settlement with Bank of America, N.A. Unfortunately, for the reason stated in the attached letter, the loan is not eligible for this program.

If you have any questions, please call us.


Home Loan Team
Bank of America, N.A.


▮▮▮▮ = redacted information

C3_2709-4C

**Bank of America** Home Loans

Bank of America, N.A.
5401 N Beach St
TX2-977-01-34
Fort Worth, TX 76137

July 12, 2013

John B. Ennis
1200 Reservoir Avenue
Cranston, RI 02920

Robert E Munrayos
84 Argyle St
Cranston, RI 02920-7247

**Loan Number:** ▉▉▉▉▉▉▉

Dear Robert E Munrayos:

We have reviewed your home loan for eligibility in the new principal forgiveness modification program we introduced as a result of the U.S. Department of Justice and State Attorneys General national mortgage settlement with major servicers, including Bank of America, N.A. While we realize this decision comes at a difficult time in your life, we regret to inform you that your home loan is not eligible for this modification program for the following reason(s):

Your loan is not eligible for a modification because we cannot create an affordable payment without changing the terms of your loan beyond the limits of the program.

**If you believe our decision is incorrect, you have 30 calendar days from the date of this letter to contact us at 1.800.854.6885 and provide information to show why our determination of eligibility was in error.**

We want to help you. Depending on your situation, we may have other modification options for you. If you have already been evaluated for these programs, you may have to show a change in your circumstances in order to qualify. If a modification is not an option, these other alternatives may also be available to you:

- **Short Sale** – the property is listed for sale at fair market value, even if that value is lower than the outstanding balance on the mortgage. If a buyer is identified and the property is sold, the proceeds from the sale are applied towards the mortgage debt, even if the proceeds are less than the amount owed on the mortgage.

- **Deed in Lieu of Foreclosure** – you agree to transfer the title or ownership of your property to the owner or servicer of your loan in order to satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home.

These options have different requirements and guidelines, and not all loans qualify. Also, these options may offer financial assistance for your relocation.

Although our records show that you are currently in bankruptcy, we want to explore your available options. **Your bankruptcy attorney or other advisor can assist you in evaluating these options.**

**We are here to help**
We want to work with you to help you determine what options may be right for your individual situation. If you would like to discuss your options or your situation has changed, **please call or have your attorney call 1.800.669.6650.**

C3_2332-8

Assistance from housing counselors who are approved by the U.S. Department of Housing and Urban Development (HUD) is also available to you at no charge. To reach a housing counselor or for help in understanding this notice, you may call the HOPE Hotline Number at 1.888.995.HOPE.

Craig Macier
Home Loan Team
Bank of America, N.A.


Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know about your potential eligibility for a loan modification program that may help you bring or keep your loan current through affordable payments.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1.877.430.5434. If you are calling from outside the U.S. please contact us at 1.817.685.6491.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options. If you are currently in an active bankruptcy and are making your mortgage payments to a Trustee, please note that all funds we received from the Trustee during the loan modification review will be applied and credited to your account.

Mortgages funded and administered by an ⌂ Equal Housing Lender.
♻ Protect your personal information before recycling this document.

**Required disclosures**

Bank of America, N.A. is required by law to inform you that we are unable to fulfill your request for a loan modification and the federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.